# ELECTRONIC RECORD

COA # 01-13-00494-CR          OFFENSE: 21.1 (Sex Assault of Child)

STYLE: Ayunwi Meme Fuh v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 230th District Court

DATE: 04/09/2015          Publish: NO          TC CASE #: 1354773

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Ayunwi Meme Fuh v. The State of Texas          CCA #: 606-15

____PRO SE____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

____REFUSED____          JUDGE: _____

DATE: 06/24/15          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**